No. 5,229.—SANDPOINT LUMBER & POLE CO., PLAIN-
TIFF AND RESPONDENT, *v.* HARRY L. DAY, EDWARD
McCAFFERY ET AL., DEFENDANTS AND APPELLANTS.

*Appeal from District Court, Lincoln County.*

Decided November 22, 1922.

PER CURIAM.—On motion of respondent herein, and for
good cause shown, the appeal in the above-entitled cause is
dismissed.

*Messrs. Logan & Child,* for Respondent.

*Mr. J. E. Erickson* and *Mr. James M. Blackford,* for Ap-
pellants.

---

No. 5,230.—FARMERS' CO–OPERATIVE ASSOCIATION,
PLAINTIFF AND RESPONDENT, *v.* C. C. ROPER ET AL.,
DEFENDANTS AND APPELLANTS.

*Appeal from District Court, Hill County.*

Decided November 22, 1922.

PER CURIAM.—Respondent's motion to dismiss the appeal
herein for failure of appellants to file transcript in the su-
preme court within time allowed by law is granted and the
appeal is dismissed.

*Messrs. Norris, Hurd, Rhoades & Hauge,* for Respondent.

*Messrs. Freeman, Thelen & Frary,* for Appellants.